IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 14-1250-RGA |
| v. | ) ) |
| UNIFRAX I LLC, | ) ) ) |
| Defendant. | ) |

## JURY VERDICT FORM

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

### QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

### INFRINGEMENT OF U.S. PATENT NO. 8,607,926 (THE '926 PATENT)

The questions regarding infringement should be answered regardless of your findings with respect to the validity or invalidity of the patent.

1. Do you find by a preponderance of the evidence that Unifrax's FyreWrap Combi-Film 3G11 infringes any of the following claims of the '926 patent?

    *Answer the question regarding infringement of the following claims of the '926 patent with a "Yes" or "No." "Yes" is a finding for DuPont. "No" is a finding for Unifrax.*

    Claim 1    Yes_____ No_____
    Claim 2    Yes_____ No_____
    Claim 5    Yes_____ No_____

**ANTICIPATION**

2.  Do you find by clear and convincing evidence that any of the following claims of the '926 patent is invalid because it was anticipated by Unifrax's FyreWrap Combi-Film 3G7?

    *For each claim, answer this question with a "Yes" or "No." "Yes" is a finding for Unifrax. "No" is a finding for DuPont.*

    Claim 1   Yes_____ No_____
    Claim 2   Yes_____ No_____
    Claim 5   Yes_____ No_____

3.  Do you find by clear and convincing evidence that any of the following claims of the '926 patent is invalid because it was anticipated by Patent Publication No. 2003/0170418 to Mormont?

    *For each claim, answer this question with a "Yes" or "No." "Yes" is a finding for Unifrax. "No" is a finding for DuPont.*

    Claim 1   Yes_____ No_____
    Claim 2   Yes_____ No_____
    Claim 5   Yes_____ No_____

**OBVIOUSNESS**

4.  Do you find by clear and convincing evidence that any of the following claims of the '926 patent is invalid because it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '926 patent based on U.S. Patent 7,767,597 to Garvey in combinations with Patent Publication No. 2003/0170418 to Mormont?

    *For each claim, answer this question with a "Yes" or "No." "Yes" is a finding for Unifrax. "No" is a finding for DuPont.*

    Claim 1   Yes_____ No_____
    Claim 2   Yes_____ No_____
    Claim 5   Yes_____ No_____

## DAMAGES

*Note: You only need to answer the following question if you found that Unifrax has infringed one or more of the asserted claims and that the claim(s) that Unifrax infringes are not invalid.*

5. If you found, in response to the questions above, that Unifrax infringes one or more valid claims asserted by DuPont, what is the amount of damages that DuPont has proven by the preponderance of the evidence?

    Damages: $_____

3

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH VERDICT FORM QUESTION, EACH JUROR MUST SIGN BELOW

May ___, 2017

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror