IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNIFRAX I LLC,<br><br>　　　　　Defendant. | Civil Action No. 14-1250-RGA |

## JUDGMENT

This 18 day of May 2017, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), **IT IS HEREBY ORDERED** that:

Judgment is entered for Plaintiff E.I. DuPont de Nemours and Company and against Defendant Unifrax I LLC on Count I of the Complaint (D.I. 1). Judgment is entered for Plaintiff E.I. DuPont de Nemours and Company and against Defendant Unifrax I LLC on Counterclaim I of the Third Amended Answer, Affirmative Defenses, and Counterclaims (D.I. 206). Defendant Unifrax I LLC's FyreWrap Combi-Film 3G11 infringes claims 1, 2, and 5 of U.S. Patent No. 8,607,926. Damages are awarded to Plaintiff E.I. DuPont de Nemours and Company and against Defendant Unifrax I LLC in the amount of $3,272,000.

Judgment is entered for Plaintiff E.I. DuPont de Nemours and Company and against Defendant Unifrax I LLC on Counterclaim II of the Third Amended Answer, Affirmative Defenses, and Counterclaims (*Id.*). With respect to anticipation and obviousness, claims 1, 2, and 5 of U.S. Patent No. 8,607,926 are not invalid.

　　　　　　　　　　　　　　　　　　　　　　/s/ Richard M. Andrews
　　　　　　　　　　　　　　　　　　　　　　United States District Judge