## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 14-1250-RGA ) |
| UNIFRAX I LLC, | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) ) |

### STIPULATION AND ORDER GOVERNING THE SCHEDULE AND PAGE LIMITATIONS FOR POST-TRIAL BRIEFING

IT IS HEREBY STIPULATED AND AGREED, by and through counsel and subject to the approval of the Court, that the following schedule and page limitations shall govern post-trial briefing in the above-captioned matter:

- Any motions pursuant to Fed. R. Civ. P. 50 or 59 shall be filed on or before June 15, 2017 (the "Motions"). The opening briefs on any Motions shall be no longer than 30 pages per side.

- Answering briefs in opposition to the Motions shall be filed on or before July 8 [handwritten, replacing 15], 2017 and shall be no longer than 30 pages per side. *RGA*

- Reply briefs in support of the Motions shall be filed on or before July 22 [handwritten, replacing 29], 2017 and shall be no longer than 15 pages per side. *RGA*

RLF1 17597592v.1

| | |
|---|---|
| */s/ David E. Moore* | */s/ Frederick L. Cottrell, III* |
| David E. Moore (#3983) | Frederick L. Cottrell, III (#2555) |
| Bindu A. Palapura (#5370) | Kelly E. Farnan (#4395) |
| POTTER ANDERSON & CORROON LLC | Jason J. Rawnsley (#5379) |
| Hercules Plaza, 6th Floor | Katharine L. Mowery (#5629) |
| 1313 N. Market Street | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 984-6000 | 920 North King Street |
| dmoore@potteranderson.com | Wilmington, Delaware 19801 |
| bpalapura@potteranderson.com | (302) 651-7500 |
| | cottrell@rlf.com |
| *Attorneys for Plaintiff* | farnan@rlf.com |
| *E. I. du Pont de Nemours and Company* | rawnsley@rlf.com |
| | mowery@rlf.com |

Dated: May 24, 2017

*Attorneys for Defendant Unifrax I LLC*

IT IS SO ORDERED this ___30___ day of ___May___, 2017. [FN]

_____
THE HONORABLE RICHARD G. ANDREWS

[FN] With the understanding that each side is limited to a total of no more than 75 pages of briefing.