**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 14-1250-RGA |
| v. | ) ) | |
| UNIFRAX I LLC, | ) ) | |
| Defendant. | ) | |

## REQUEST FOR ORAL ARGUMENT

On June 15, 2017, Defendant Unifrax I LLC renewed its motion for judgment as a matter of law that the asserted patent claims are not infringed or are invalid and, in the alternative, for a new trial.  D.I. 366.  Briefing on the motion is now complete.  *See* D.I. 370, 375, 385.  On June 15, 2017, Plaintiff E.I. Du Pont de Nemours filed a post-trial motion for a permanent injunction. D.I. 367.   Briefing on that motion is also now complete.  *See* D.I. 368-69, 376-78, 383-84. Accordingly, pursuant to D. Del. LR 7.1.4, Defendant respectfully requests that oral argument be scheduled on both post-trial motions at the Court's convenience.

*OF COUNSEL*:

Joseph G. Curatolo
Salvatore A. Sidoti
CURATOLO SIDOTI CO. L.P.A.
24500 Center Ridge Road
Suite 280
Cleveland, Ohio 44145
(440) 808-0011

Jake M. Holdreith
David A. Prange
Alyssa N. Lawson
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: July 27, 2017

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III  (#2555)
Kelly E. Farnan (#4395)
Jason J. Rawnsley (#5379)
Katharine L. Mowery (#5629)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7500
cottrell@rlf.com
farnan@rlf.com
rawnsley@rlf.com
mowery@rlf.com

*Attorneys for Defendant Unifrax I LLC*